# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK TUFANO, | No. 4:25-CV-01960 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Magistrate Judge Latella) |
| PAUL SALADINO, MD, *et al.*, | |
| Defendants. | |

## ORDER

### FEBRUARY 3, 2026

Frank Tufano filed this civil complaint alleging that numerous individuals and entities have conspired against him.[1] In December 2025, Magistrate Judge Leo A. Latella issued a Report and Recommendation recommending that this Court *sua sponte* dismiss the complaint without prejudice for lack of jurisdiction.[2] Tufano filed timely objections to the Report and Recommendation, arguing that he has stated a claim for relief and that the Court has jurisdiction over this matter.[3]

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'"[4]

---

[1] Doc. 1.
[2] Doc. 5.
[3] Doc. 6.
[4] *Equal Emp't Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)).

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations.[5] After reviewing the record, the Court finds no error in Magistrate Judge Latella's recommendation that this matter should be dismissed for lack of jurisdiction. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Leo A. Latella's Report and Recommendation (Doc. 5) is **ADOPTED**;

2. Tufano's complaint (Doc. 1) is **DISMISSED** without prejudice for lack of jurisdiction; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[5] 28 U.S.C. § 636(b)(1); Local Rule 72.31.